# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JIMMY RICHARD JOHNSON**                                            **PLAINTIFF**
**#171852**

v.                      Case No. 4:20-cv-000201-LPR

**DARRELL ELKIN,** *et al.*                                         **DEFENDANTS**

## **ORDER**

The Court has received a Recommendation for dismissal filed by United States Magistrate Judge Beth Deere. (Doc. 4). Plaintiff Jimmy Johnson did not file objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Johnson's Complaint is DISMISSED (Doc. 2) without prejudice, based on his failure to comply with the Court's February 28, 2020 Order (Doc. 3) and his failure to prosecute this case. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 30th day of April 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE