**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JIMMY RICHARD JOHNSON**                                                                **PLAINTIFF**
**#171852**

v.                                Case No. 4:20-cv-000201-LPR

**DARRELL ELKIN,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on April 30, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 30th day of April 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE